THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN MAIDEN,<br><br>                Plaintiff,<br><br>                v.<br><br>HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; HOLLAND AMERICA LINE - USA INC., a Washington corporation; HOLLAND AMERICA LINE INC., a Washington corporation; HAL ANTILLEN N.V., a Curacao corporation; HOLLAND AMERICA LINE USA, INC., a Delaware for profit corporation; XYZ CORPORATION,<br><br>                Defendants. | No. 2:22-cv-00337 TL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

**STIPULATION**

    **COME NOW** Plaintiff Kevin Maiden and Defendants HAL Nederland, N.V., Holland America Line N.V., Holland America Line – USA Inc., Holland America Line Inc., HAL Antillen N.V., and Holland America Line USA, Inc., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants,

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 2:22-cv-00337 TL - Page 1

in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

DATED this 2nd day of December, 2022.

<u>/s/ Louis Shields</u>
LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:   206-467-4828
Email:         lshields@legros.com
Attorney for Defendants

<u>/s/ Olivia Thompson (via email authorization)</u>
OLIVIA THOMPSON, WSBA #57023
LIPCON, MARGULIES & WINKLEMAN
One Biscayne Tower, Suite 1776
2 South Biscayne Tower, Suite 1776
Miami, FL 33131
Telephone:   305-373-3016
Email:         jmargulies@lipcon.com
                  othompson@lipcon.com
Attorneys for Plaintiff

## [PROPOSED] ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiffs are hereby DISMISSED with prejudice, and without costs.

Dated this 2nd day of December 2022.

_____
Tana Lin
United States District Judge